**CARROLL, KELLY, TROTTER & FRANZEN**
**RICHARD D. CARROLL (SBN 116913)**
**TOBIN J. TROBOUGH (SBN 140556)**
**111 West Ocean Boulevard, 14th Floor**
**Long Beach, California 90801-5636**
**Telephone No. (562) 432-5855 / Facsimile No. (562) 432-8785**
rdcarroll@cktflaw.com
tjtrobough@cktflaw.com

**Attorneys for Defendants, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and BERT J. THOMAS, M.D.**

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| IN RE DEPUY ORTHOPEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | CASE NO.: CV 17-2889-GW-JCx |
| | **ORDER TO DISMISS** |
| UNDERLYING CASE NO. CV17-02889-GW (JCx): MARGARITA POTHOULAKIS, individually; and DOES 1 through 100, | Judge: Honorable Judge George H. Wu |
| Plaintiff, | |
| v. | |
| CONSENSUS ORTHOPEDICS, INC., f/k/a HAYES MEDICAL, INC., a California corporation, BARRY DWORKIN, an individual; PRECISION ORTHOPEDIC IMPLAINTSS, INC.; DEPUY ORTHOPAEDICS, INC., an Indiana corporation; DEPUY, INC., a Delaware corporation; JOHNSON & JOHNSON SERVICES, INC., a New | |

| | |
|---|---|
| 1 | Jersey corporation; THOMAS P. SCHMALZRIED, M.D., an individual, THOMAS P. SCHMALZRIED, a Professional Corporation; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; BERT J. THOMAS, an individual and DOES 1 through 100, |

Jersey corporation; THOMAS P. SCHMALZRIED, M.D., an individual, THOMAS P. SCHMALZRIED, a Professional Corporation; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; BERT J. THOMAS, an individual and DOES 1 through 100,

          Defendants.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under the Federal Rule of Civil Procedure 41(a)(1)(ii) it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action and parties, with each party bearing their own attorney fees, costs, and expenses.  The clerk is directed to close the file.

DATED: October 5, 2023

_[signature]_
HON. GEORGE H. WU,
United States District Judge